IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:98-mj-6-DSC |
| ) | |
| v. ) | **ORDER TO** |
| ) | **DISMISS THE COMPLAINT** |
| MUHAMMAD NAWAZ ) | |
| ) | |

Leave of Court is hereby granted for the dismissal of the Criminal Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

SO ORDERED.

Signed: May 4, 2016

David S. Cayer
United States Magistrate Judge